DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

LINCOLN T. SZIRANKO,

Petitioner,

v.

PINELLAS COUNTY CONSTRUCTION LICENSING BOARD,

Respondent.

No. 2D23-750

————————————————

September 20, 2023

Petition for Writ of Certiorari to the Circuit Court for the Sixth Judicial Circuit for Pinellas County; sitting in its appellate capacity.

Anthony David Tilton of Ausley & McMullen, P.A., Tallahassee, for Petitioner.

Amanda S. Coffey, Managing Assistant County Attorney and David A. Barrera, Assistant County Attorney, Clearwater (substituted as counsel of record), for Respondent.

PER CURIAM.

Denied.

SILBERMAN, KELLY, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.